UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
RANA VARUN,                                                             :
                                                                        :
                              Petitioner,                               :
                                                                        :
              -v-                                                       :        26 Civ. 849 (JPC)
                                                                        :
KENNETH GENALO, *et al.*,                                              :        ORDER
                                                                        :
                              Respondents.                              :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court, having examined the Petition in this action, which Petitioner filed under 28

U.S.C. § 2241, orders that:  The Clerk of Court shall electronically notify the Civil Division of the

U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

        By February 9, 2026, the U.S. Attorney's Office shall file an answer or other pleadings in

response to the Petition, explaining the basis for Petitioner's detention and Petitioner's location.

Petitioner may file reply papers, if any, by February 17, 2026.  In preparing their papers, the parties

shall discuss whether, if the statutory provision under which the Government asserts the authority

to detain Petitioner is 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from this

Court's recent decision in *Chen v. Almodovar*, No. 25 Civ. 9670 (JPC), 2026 WL 100761 (S.D.N.Y.

Jan. 14, 2026).  The order entered on January 31, 2026, staying Petitioner's removal and transfer is

hereby vacated.  *See* Dkt. 4 at 2 (explaining that the order may be "vacated or modified by the judge

who is assigned to this action").

        SO ORDERED.

Dated:  February 2, 2026
        New York, New York                          _____
                                                            JOHN P. CRONAN
                                                        United States District Judge