

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 10, 2026

By ECF

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Varun v. Genalo*, No. 26-cv-849 (JPC)

Dear Judge Cronan:

      This Office represents the government in the above-referenced habeas corpus action. The government's deadline to file its opposition to petitioner's habeas petition was February 9, 2026. ECF No. 6. While the government timely filed an agency declaration in opposition to the petition, the government's "return" (ECF No. 9) and memorandum of law (ECF No. 10) were not filed until 1:14 a.m. and 2:32 a.m. on February 10, 2026, *i.e.*, roughly two and a half hours late. I write respectfully to request that the Court grant the government a *nunc pro tunc* extension of its response deadline such that the government's opposition papers are deemed timely filed. Petitioner's counsel consents to this request. Several factors contributed to the delayed filing, including other competing filing deadlines the same day, delays involved in separating and redacting the exhibits—which were received in bulk from the agency—in a manner suitable for filing in accordance with the Court's rules, and delays in updating citations throughout the brief.

      I apologize to the Court and the petitioner for the short delay in the filing of the government's papers, and I thank the Court for its consideration of this request.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney for the
                Southern District of New York

      By:     */s/ Brandon M. Waterman*
                BRANDON M. WATERMAN
                Assistant United States Attorney
                Telephone: (212) 637-2743
                E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)

The instant request is granted. Respondents' submissions, Dkts. 9-10, are deemed to be timely filed. The Clerk of Court is respectfully directed to close Docket Number 11.

SO ORDERED.
Date: February 11, 2026
New York, New York

JOHN P. CRONAN
United States District Judge