UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                          :

RANA VARUN,                         :

             Petitioner,     :

       -v-                  :         26 Civ. 849 (JPC)

                          :

KENNETH GENALO, *et al.*,    :          <u>ORDER</u>

                          :

          Respondents.    :

                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By May 7, 2026, the Government shall explain how the Second Circuit's recent decision

in *da Cunha v. Freden*, No. 25-3141-pr (2d Cir. Apr. 28, 2026), Dkt. 78, affects the instant case, if

at all, and propose next steps in this matter.  Petitioner may respond, if necessary, by May 14, 2026.

      SO ORDERED.

Dated:  April 28, 2026
        New York, New York                           JOHN P. CRONAN
                                                United States District Judge