UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VARUN RANA,

                          Petitioner,

          -against-

KENNETH GENALO, ET AL.,

                          Respondents.

26 CIVIL 00849 (JPC)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in

the Court's Opinion and Order dated June 29, 2026, Rana's Petition for a writ of habeas corpus is

denied; accordingly, the case is closed.

**Dated:**    New York, New York
          June 30, 2026

                              **TAMMI M. HELLWIG**
                              _____
                                 **Clerk of Court**

              **BY:**

                              _____
                                 **Deputy Clerk**